IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SAMAR HAMWI,
    Plaintiff,

vs.                                            CASE NO.: 5:05cv122/MCR/MD

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 12, 2005. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The defendant's motion for remand (doc. 7) is GRANTED.

    3.    This case is remanded to the Commissioner of Social Security pursuant to sentence six of § 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. § 405(g) and 1383(c)(3).

      **4.**      **The defendant is ordered to direct the Appeals Council to remand this case to reconstruct plaintiff's claim file, as the tape recording of the administrative hearing, held on August 14, 2002, contained numerous inaudible portions and did not include the testimony of the vocational expert, whose testimony was cited by the administrative law judge (ALJ).**

      **5.**      **The clerk is directed to enter judgment for plaintiff and close the file.**

**DONE AND ORDERED this 12th day of October, 2005.**


                                 *s/ M. Casey Rodgers*
                              **M. CASEY RODGERS**
                              **UNITED STATES DISTRICT JUDGE**