**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

SAMAR HAMWI

    VS                                        CASE NO.  5:05cv122 MCR/MD

MICHAEL J. ASTRUE

**REFERRAL AND**
**REPORT AND RECOMMENDATION**

Referred to Magistrate Judge Davis on   December 13, 2007
Type of Motion/Pleading:   MOTION FOR FINAL JUDGMENT
Filed by: Defendant            on 12/12/07       Document   11
( )   Stipulated/Consented/Joint Pleading
RESPONSES:
                                              on                 Doc.#
                                              on                 Doc.#
                                              WILLIAM M. McCOOL, CLERK OF COURT

                                              /s/ *Lynn C. Uhl*
                                              Deputy Clerk: Lynn Uhl

**ORDER**

Upon consideration of the foregoing, the court finds that on remand, the ALJ entered a fully favorable decision for the plaintiff.  It is therefore respectfully RECOMMENDED this 17th day of December, 2007, that:

(a)   The requested relief be GRANTED.
(b)   The clerk be ordered to enter final judgment in favor of plaintiff pursuant to sentence four of 42 U.S.C. § 405(g).

                                        /s/ *Miles Davis*
                                        MILES DAVIS
                                        UNITED STATES MAGISTRATE JUDGE

Entered On Docket:                  By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

                                    Document No.