IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SAMAR HAMWI,
    Plaintiff,

v.        CASE NO.: 5:05cv122/MCR/MD

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
                                  /

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 17, 2007. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

      Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.    The defendant's motion for final judgment (doc. 11) is GRANTED.

      3.    The clerk is directed to enter final judgment in favor of plaintiff pursuant to sentence four of 42 U.S.C. § 405(g).

      DONE AND ORDERED this 16th day of January, 2008.

                                        s/ _M. Casey Rodgers_
                                        **M. CASEY RODGERS**
                                        **UNITED STATES DISTRICT JUDGE**